UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

K. SIMON CONSTRUCTION, INC.,
a/a/o Gordon J. Miller,

    Plaintiff,

v.   Case No.: 2:19-cv-00630-JLB-NPM

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

In response to this Court's sixty-day order of dismissal (Doc. 37), the parties have filed a joint stipulation for order of dismissal with prejudice (Doc. 38) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**ORDERED** in Fort Myers, Florida, on October 26, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE